

# UNITED STATES DISTRICT COURT

*Eastern District of Tennessee*
**800 Market Street**
**Suite 141**
**Knoxville, Tennessee 37902**

CHAMBERS OF
**Judge Leon Jordan**

(865) 545-4224

March 14, 2005

Committee on Financial Disclosure
Administrative Office of the U.S. Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, DC 20544

Re:     <u>Amendment</u> of Annual Financial Disclosure Report
        Calendar Years 2002 <u>and</u> 2003
        Judge Robert L. Jordan

Dear Representative:

At Part VII, Line 2, my Financial Disclosure Report for the calendar year 2002 shows a complete sale of my AT&T Wireless stock. This transaction should have instead been listed as a partial sale.

Part VII, Line 2, of my year <u>2002</u> report should accordingly be amended, at Column C, to show a Value Code of "J" and a Value Method Code of "T." There was no income to list in Column B.

Part VII of my calendar year <u>2003</u> report should also be amended to list this stock. The Value Code, Value Method Code, and income are the same as the amended 2002 information above. All remaining shares of AT&T Wireless stock were sold in 2004, as indicated at Part VII, Line 44, of my calendar year 2004 report.

I regret this omission. Please feel free to contact me if you have any questions.

Sincerely

Robert L. Jordan
United States District Judge

COPY

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Jordan, Robert L | 2. Court or Organization<br><br>District Court - E.D. Tenn. | 3. Date of Repo<br><br>3/14/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status:<br>magistrate judges indicate full- or part-time)<br><br>Senior U.S. District Judge | 5. ReportType (check appropriate type)<br><br>○ Nomination,  Date<br><br>○ Initial  ● Annual  ○ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>800 Market Street<br>Suite 141<br>Knoxville, TN 37902 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instruction)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE
MAR 23 11 29 AM '05
RECEIVED

## III. NON-INVESTMENT INCOME. (Reporting individual) and spouse, see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2004 | Tennessee Consolidated Retirement System Judicial Retirement | 11,912.64 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, Please complete this section. Dollar amount not required except for honoraria.)

☑ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Tennessee Bar Association | Sept. 30 - Oct. 1 - Nashville, TN, Federal/State Judicial Conference (Mileage and Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| □ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. AT&T | A | Dividend | J | T | Buy | 9/04 | J | | ML IRA |
| 2. Agere Sys. A | | None | J | T | | | | | |
| 3. Agere Sys. B | | None | J | T | | | | | |
| 4. American Trust Bank of East TN | | None | J | T | | | | | |
| 5. Avaya | | None | J | T | | | | | |
| 6. BB&T | C | Dividend | M | T | | | | | |
| 7. BP PLC | A | Dividend | J | T | | | | | |
| 8. Comcast | | None | J | T | | | | | |
| 9. CTI Molecular Imaging | | None | J | T | | | | | |
| 10. Dow Chem. | A | Dividend | J | T | | | | | |
| 11. EMC | | None | J | T | | | | | |
| 12. Exxon Mobil | A | Dividend | K | T | | | | | |
| 13. First Tennessee National | D | Dividend | M | T | | | | | |
| 14. General Electric | A | Dividend | K | T | | | | | |
| 15. IBM | A | Dividend | J | T | | | | | |
| 16. JDS Uniphase Corp | | None | J | T | | | | | |
| 17. John Hancock | | None | J | T | | | | | |
| 18. Johnson & Johnson | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,001-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date- Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. King Phar. | | None | J | T | | | | | |
| 20. Lucent Tec., Inc. | | None | J | T | | | | | |
| 21. Medimmune IN | | None | J | T | | | | | |
| 22. Medtronic | A | Dividend | J | T | | | | | |
| 23. NASDQ - 100 | | None | J | T | | | | | |
| 24. National Commerce Bankcorp | E | Dividend | O | T | Merger | 10/01 | O | | STI |
| 25. Pfizer | A | Dividend | J | T | Buy | 11/05 | J | | |
| 26. " " | | | | | Buy | 12/20 | J | | |
| 27. Phoenix Cos. | A | Dividend | J | T | | | | | |
| 28. Putnam Global Growth | A | Dividend | J | T | | | | | |
| 29. Security Equity | A | Dividend | J | T | | | | | |
| 30. SERONO S.A. | A | Dividend | J | T | | | | | |
| 31. Sun Trust Bank | D | Dividend | P1 | T | | | | | |
| 32. TN Hsg. Dev. Agency 3% Due 7/10 | B | Interest | K | T | | | | | |
| 33. Trust Under Agreement First TN Bank Municipal Bond Fu d | D | Interest | M | T | | | | | |
| 34. Twin Cities Financial, Inc. | A | Dividend | K | T | | | | | |
| 35. Tyco Intl. | A | Dividend | J | T | | | | | |
| 36. Cohen & Steers Select Utility | A | Dividend | K | T | Buy | 3/28 | K | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.     "          " | | | | | Buy | 7/26 | K | | |
| 38. Vanguard Growth Index Fund | A | Dividend | K | T | Buy | 6/01 | K | | |
| 39. Vanguard 500 Index Fund | A | Dividend | K | T | Buy | 6/01 | K | | |
| 40. Vanguard Mid Cap Index Fund | A | Dividend | K | T | Buy | 6/01 | K | | |
| 41. Vanguard Small Cap Value Fund | A | Dividend | K | T | Buy | 6/01 | K | | |
| 42. Vanguard Health Care Fund | A | Dividend | K | T | Buy | 7/12 | K | | |
| 43. Atmos | A | Dividend | J | T | Buy | 9/04 | J | | ML IRA |
| 44. AT&T Wireless | | | J | T | Sell/Merge | 10/26 | J | A | Cingular |
| 45. INTEREST, CD'S, SAVINGS, ETC. | | | | | | | | | |
| 46. American Fidelity Bank | D | Interest | M | T | | | | | |
| 47. AmSouth Bank | C | Interest | N | T | | | | | |
| 48. BB&T | A | Interest | L | T | | | | | |
| 49. Citizens Bank of Blount County | A | Interest | K | T | | | | | |
| 50. First Tennessee | A | Interest | J | T | | | | | |
| 51. Home Federal | A | Interest | J | T | | | | | |
| 52. Merrill Lynch Convert. Strides 7% Due 1/03/05 | C | Interest | K | T | Rdmptn | 2/09 | K | C | |
| 53. Merrill Lynch Market Recovery Notes | C | Interest | K | T | Rdmptn | 3/25 | K | C | |
| 54. Merrill Lynch MIT | A | Interest | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)
   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$6,000   D = $5,001-$15,000   E = $15,001-$50,000
   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes (See Column C2)
   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Merrill Lynch Ready Assets | A | Interest | K | T | | | | | |
| 56. Merrill Lynch Market Recovery Notes NASD 100 | B | Interest | J | T | Rdmptn | 7/22 | J | B | |
| 57. NBC | D | Interest | N | T | Buy | 9/28 | M | | |
| 58. Union Planters | A | Interest | J | T | Closed | 6/1 | | | |
| 59. United Community Bank | C | Interest | M | T | Partl Rdmpt | 9/24 | M | | |
| 60. Y-12 FCU | B | Interest | M | T | Buy | 7/09 | M | | |
| 61. American Trust Bank | B | Interest | M | T | Buy | 3/11 | M | | |
| 62. Merrill Lynch Co. ARN | A | Interest | K | T | Buy | 5/24 | K | | |
| 63. JANUS FUND TRUSTEE | | | | | | | | | |
| 64. - Janus Fund | | None | K | T | Trans to ML | 8/12 | K | A | |
| 65. Merrill Lynch Custodian | | | | | | | | | |
| 66. - AT&T Corporation | A | Dividend | J | T | Partl Trnsfr | 9/04 | K | A | Self |
| 67. - AT&T Wireless | | None | J | T | Sell/Merge | 10/26 | J | A | Cingular |
| 68. - American Greeting | A | Dividend | J | T | | | | | |
| 69. - AmSouth | A | Dividend | K | T | | | | | |
| 70. - Atmos Energy | A | Dividend | J | T | Tranfer | 9/04 | J | A | Self |
| 71. - Avaya | | None | J | T | | | | | |
| 72. - BMC Software | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-F) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. - Comcast | | None | J | T | | | | | |
| 74. - CTI Molecular Imaging | | None | J | T | | | | | |
| 75. - General Electric | B | Dividend | K | T | | | | | |
| 76. - Home Depot | A | Dividend | J | T | | | | | |
| 77. - Johnson & Johnson | A | Dividend | J | T | | | | | |
| 78. - King Phar. | | None | J | T | | | | | |
| 79. - Kroger Co. | | None | J | T | | | | | |
| 80. - Merrill Lynch Ret. Reserves | A | Interest | J | T | | | | | |
| 81. - PerkinElmer | A | Dividend | J | T | | | | | |
| 82. - Stewart Ent., Inc. | | None | J | T | Sell | 4/02 | J | A | |
| 83. - Sun Trust Bank | A | Dividend | J | T | | | | | |
| 84. - Tanger Factory Outlet | A | Dividend | K | T | | | | | |
| 85. - Texas Inst. | A | Dividend | J | T | | | | | |
| 86. Greene Co. Bankshares | A | Dividend | J | T | Buy | 4/22 | J | | |
| 87. " " | | | | | Buy | 5/20 | J | | |
| 88. " " | | | | | Buy | 5/21 | J | | |
| 89. Microsoft Corp. | A | Dividend | J | T | Buy | 8/20 | J | | |
| 90. Pfizer, Inc. | A | Dividend | J | T | Buy | 11/05 | J | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Jordan, Robert L | 3/14/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. " " | | | | | Buy | 12/20 | J | | |
| 92. DEFERRED COMPENSATION - STATE OF TENNESSEE | | | | | | | | | |
| 93. - Plan I - 457 | D | Int/Div/Dist | M | T | | | | | |
| 94. - Plan II - 401K | D | Int/Div/Dist | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Jordan, Robert L | 3/14/2005 |

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  3-14-05

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544